STUART G. GROSS (#251019)
sgross@grosskleinlaw.com
GEORGE A. CROTON (#323766)
gcroton@grosskleinlaw.com
**GROSS & KLEIN LLP**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t (415) 671-4628
f (415) 480-6688

*Attorneys for Applicant Nancy Jean Adams*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re APPLICATION OF NANCY JEAN ADAMS for issuance of subpoena under 28 U.S.C. § 1782** | Case No. <br><br> **[PROPOSED] ORDER GRANTING EX PARTE APPLICATION OF NANCY JEAN ADAMS FOR AN ORDER PURSUANT TO 28 USC § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GROSS & KLEIN LLP
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

**[PROPOSED] ORDER**

THIS MATTER having come before the Court on the Application of Nancy Jean Adams ("Applicant") pursuant to 28 U.S.C. § 1782, and the Court having considered the Application, the associated declaration and its exhibits, and being sufficiently advised,

HEREBY ORDERS that the Applicant's Application is GRANTED.

IT IS FURTHER ORDERED THAT: Counsel to Applicant is authorized, pursuant to 28 U.S.C. § 1782, and in connection with the proceedings entitled *Nancy Jean Adams v. Apple Inc. et. al.* to issue and sign a subpoena, in the form attached as Exhibit 1 to the Application, requiring Google LLC to produce the documents described in the subpoena, and to cause the subpoena to be served upon Google LLC pursuant to Fed. R. Civ. P. 45;

This Court shall retain jurisdiction over this matter for purposes of enforcement of the foregoing subpoena.

**IT IS SO ORDERED.**

Dated: _____        By: _____
United States District Judge